JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARTHUR LEE SMART, | Case No.: CV 16-08961-GW (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| DANIEL PARAMO, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action without prejudice.

Dated: February 16, 2018

_____
GEORGE H. WU
United States District Judge